AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Kyle L. Teed<br><br>_____<br>*Plaintiff*<br><br>v.<br><br>Global Industries Offshore, LLC<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2012-00051  "S" (3)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Global Industries Offshore, L.L.C.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph E. "Jed" Cain, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

Date:  Feb 03 2012

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  2012-00051

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Global Industries Offshore, LLC
was received by me on *(date)* 2/3/12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* CT Corporation System , who is
designated by law to accept service of process on behalf of *(name of organization)* Global
Industries Offshore, LLC on *(date)* 2/7/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          s/Joseph Cain
                                    *Server's signature*

                    Joseph Cain, Esq. (attorney for Plaintiff)
                                    *Printed name and title*


Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

Additional information regarding attempted service, etc:

**Erica Martin**

| | |
|---|---|
| **From:** | TrackingUpdates@emails.fedex.com |
| **Sent:** | Tuesday, February 07, 2012 9:03 AM |
| **To:** | Erica Martin |
| **Subject:** | FedEx Shipment 793195849675 Delivered |

fedex.com | Ship | Track | Manage | Learn | Office/Print Services



# Your shipment has been delivered.

Tracking # 793195849675

| Monday 2/6/2012 |  Delivered | Tuesday 2/7/2012 |
|---|---|---|
| **Joseph Cain** | | **CT Corporation System** |
| Herman Herman Katz & Cotlar | | Sparrows Offshore |
| 820 OKeefe Avenue | | 5615 CORPORATE BLVD STE |
| New Orleans | | 400B |
| LA | | BATON ROUGE |
| US | | LA |
| 70113 | | US |
| | | 70808 |

## Shipment Facts

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 793195849675 |
| Reference: | 27930.0000 |
| Ship (P/U) date: | Feb 6, 2012 |
| Delivery date: | Feb 7, 2012 8:45 AM |
| Sign for by: | L.UTTECH |
| Delivery location: | BATON ROUGE, LA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |

**Use FedEx Home Delivery®** to ship to family and friends.

Learn more ▸

**Click and ask. Click and watch.**

Ask Fedex. Answers to your questions about FedEx shipping and services.

**More ▸**

1

HERMAN HERMAN
KATZ & COTLAR
—— L.L.P. ——
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans,
Louisiana 70113-1116

p: (504) 581-4892
F: (504) 561-6024
e: info@hhkc.com

hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Jeremy S. Epstein[1]
Aaron Z. Ahlquist[3]
Craig M. Robinson
Carl A. Woods
Adam H. Weintraub[4]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey & Pennsylvania

February 6, 2012

**VIA FEDERAL EXPRESS**
**# 7931 9584 9675**
CT Corporation System
5615 Corporate Blvd., Suite 400 B
Baton Rouge, LA 70808

> RE:   **Kyle Teed v. Global Industries Offshore., LLC**
>        USDC WDLA No.:   **12-00051**
>        Our File No.:        **27930.0000**

To Whom It May Concern:

Enclosed please find a Complaint for Damages and the Amended and Restated Complaint in the above captioned case to be served on **Global Industries Offshore, LLC.**

Sincerely,

ERICA L. MARTIN
Paralegal to Joseph E. Cain, Esq.

JEC/elm
Enclosures

I:\My Documents\Prolaw Docs\Teed\Correspondence\LTR CT Corp re Global Summons.wpd